# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:

15 Park Pl.

2nd fl., Ste 4

Bronxville, NY 10708

Phone: (646) 992-8383

Fax: (718) 504-6962

***mail all correspondence

FLORIDA OFFICE:

1451 W Cypress Creek Road

Suite 300

Ft. Lauderdale, FL 33309

Phone: (954) 884-5040

Fax: (754) 484-3121

March 5, 2026

Honorable Stewart D. Aaron

United States Magistrate Judge

United States District Court

Southern District of New York

Daniel Patrick Moynihan Courthouse

500 Pearl Street, Room 1970

New York, NY 10007

**Letter Motion:**

**Extension of Time Request**

Application GRANTED. Plaintiff shall file her brief no later than May 5, 2026. The Commissioner shall file his brief no later than July 6, 2026 and Plaintiff shall file any reply no later than July 20, 2026. SO ORDERED.

Dated: March 6, 2026

**Re: Anibelka Martinez Castro v. Comm'r of SSA  1:25-cv-08723-JHR-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Opening Brief is due on March 6, 2026. Due to multiple briefs coming due on or about the same date, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including May 5, 2026. No previous request for an extension has been made in this case. The Defendant has given consent and further requests that the date for his brief in Response be extended to 60 days from Plaintiff's due date.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre

Eddy Pierre Pierre, Esq.

Attorney for Plaintiff

(646) 992-8383

(718) 504-6962 fax

Cc: Candace Brown Casey, Esq.   (Via ECF)

      Attorney for Defendant.