# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

May 5, 2026

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Letter Motion: Second
Extension of Time Request**

Application GRANTED. Plaintiff shall file her brief no later than June 19, 2026. The Commissioner shall file his brief no later than August 20, 2026 and Plaintiff shall file any reply no later than September 3, 2026. SO ORDERED.

Dated: May 6, 2026

**Re: Anibelka Martinez Castro v. Comm'r of SSA  1:25-cv-08723-SDA**

Dear Honorable Judge Aaron:

Pursuant to the revised Scheduling Order in the above referenced case, Plaintiff's Opening Brief is due on May 5, 2026. Due to a recent unexpected leave of office and scheduling oversight, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request an extension of 45 days, until June 19, 2026. This is Plaintiff's second request for an extension and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:     Candance Brown Casey, Esq.   (Via ECF)
        Attorney for Defendant.