# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

Application GRANTED. SO ORDERED.
Dated: September 8, 2026

September 4, 2026

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Letter Motion: Third Extension of Time Request**

**Re: Anibelka Martinez Castro v. Comm'r of SSA 1:25-cv-08723-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Reply Brief was due on September 3, 2026. Due to office oversight, Plaintiff did not file her Reply timely, though it was timely prepared for filing. Plaintiff therefore writes to respectfully request that the date for Plaintiff's Reply Brief be extended 1 day, through and including September 4, 2026, and that the Court accept the filing *nunc pro tunc*. Plaintiff has filed the brief under separate filing to avoid further delay. The Defendant has given consent to this request.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Sergei Aden, Esq. (Via ECF)
Attorney for Defendant.